# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Proceedings Before the Court of Common Pleas of Monroe County, Pa. to Determine Propriety of State Court Representation by Defender Association of Philadelphia, | CIVIL ACTION NO. 3:13-CV-511 (JUDGE CAPUTO) |
| Filed In | |
| COMMONWEALTH OF PENNSYLVANIA, | |
| v. | |
| MANUEL SEPULVEDA. | |

## ORDER

**NOW**, this 16th day of August, 2013, **IT IS HEREBY ORDERED** that:

(1) The Commonwealth's Motion to Remand (Doc. 9) is **GRANTED**.

(2) The Proceedings Before the Court of Common Pleas of Monroe County, Pa. to Determine Propriety of State Court Representation by Defender Association of Philadelphia are **REMANDED** to the Court of Common Pleas of Monroe County, Pennsylvania.

(3) The Defender Association of Philadelphia's Motion to Dismiss (Doc. 8) is **DENIED as moot**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge